UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DISINTERMEDIATION SERVICES, INC., | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) |
| v. | ) Case No. 1:22-cv-2280-MPB-KMB |
| | ) |
| PERQ SOFTWARE, LLC, | ) |
| | ) |
| *Defendant.* | ) |

## ORDER GRANTING JOINT MOTION TO SET CLAIM CONSTRUCTION SCHEDULE

This cause has come before the Court upon the motion of the parties seeking an order to set a claim construction schedule. (Dkt. 39.) The Court, being fully advised, orders that the motion be, and hereby is, GRANTED. The Court adopts the following deadlines:

- April 14, 2023 – Parties to identify any claim terms to be construed
- May 1, 2023 – Defendant's Opening Brief on Claim Construction
- June 1, 2023 – Plaintiff's Responsive Brief on Claim Construction
- June 15, 2023 – Defendant's Reply Brief on Claim Construction
- The Court recognizes the Parties' stipulation that claim construction will be limited to no more than five terms and/or phrases for claim construction.

Date: 4/10/2023

*Kellie M. Barr*
Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Distribution list:

To all registered counsel by CM/ECF